IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO. CR11-5081 RJB |
| | ) | |
| v. | ) | **ORDER GRANTING MOTION** |
| | ) | **TO SUBSTITUTE COUNSEL** |
| CHANG JIP LI, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER having came before the Court on Defendant CHANG JIP LI's Motion to Substitute Counsel, and the Court having reviewed the pleadings, records and files herein, and being fully advised in the premises, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant's Motion to Substitute Counsel is GRANTED, and it is

FURTHER ORDERED that RICHARD J. TROBERMAN, P.S. is substituted as counsel for defendant CHANG JIP LI, and defendant's present counsel, Federal Public Defender's Office and JEROME KUH, may withdraw as counsel of record.

DONE this 9th day of June, 2011.

Robert J Bryan
United States District Judge

**ORDER GRANTING MOTION TO
SUBSTITUTE COUNSEL;
CR11-5081RJB - 1**